# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRYL SARTAIN

NO. 2024 KW 0285

**MAY 20, 2024**

In Re:    Darryl Sartain, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2254-F-2021.

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator fails to include the application for postconviction relief, the State's answer, if any, the bill of information, the **Boykin** transcript, pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT